UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0398 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING |
| v. | ) ) | DATE TO SEPTEMBER 22, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY |
| ANGELO ABESAMIS LEYESA, SHANNON MARIE SORRELL, | ) ) | TRIAL ACT |
| KEVIN MICHAEL TAYLOR, and JARRETT ANTHONY SERMENO | ) ) | Date: September 8, 2009<br>Time: 9:00 a.m. |
| Defendants. | ) ) | Court: Hon. Saundra Brown Armstrong |
| | ) | |

The parties jointly requested that the hearing in this matter be continued from September 8, 2009 to September 22, 2009, and that time be excluded under the Speedy Trial Act between September 8, 2009 and September 22, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has produced discovery and all defense counsel have been reviewing that discovery. The government has been engaged in ongoing investigation which may result in production of additional discovery to the defendants. Defendants need additional time to review the discovery that has been produced and to perform further investigation and legal research in this matter. In addition, the four defendants are discussing possible resolutions and the defendants needs time to consider proposed dispositions. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from September 8, 2009 to September 22, 2009 at 9:00 a.m., and that time between September 8, 2009

1  and September 22, 2009 is excluded under the Speedy Trial Act to allow for the effective
2  preparation of counsel, taking into account the exercise of due diligence, and continuity of
3  defense counsel.
4
5  DATED:9/4/09                                    _____
6                                                  HON. SAUNDRA BROWN ARMSTRONG
                                                   United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO SEPTEMBER 22, 2009 AND TO EXCLUDE TIME
No. CR-09-0398 SBA