UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGELO ABESAMIS LEYESA,<br>SHANNON MARIE SORRELL,<br>KEVIN MICHAEL TAYLOR, and<br>JARRETT ANTHONY SERMENO<br><br>    Defendants. | No. CR-09-0398 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO NOVEMBER 17, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   November 17, 2009<br>Time:  9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from September 22, 2009 to November 17, 2009, and that time be excluded under the Speedy Trial Act between September 22, 2009 and November 17, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. Defense counsel have been reviewing the discovery that has been produced by the government. The government has been engaged in ongoing investigation which may result in production of additional discovery to the defendants. Defendants need additional time to review the discovery that has been produced and to perform further investigation and legal research in this matter. In addition, the four defendants are joined with a fifth defendant, Daniel Ramsey, who is scheduled to commence trial on January 20, 2010. For these stated reasons, the Court finds that the ends

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 17, 2009 AND TO EXCLUDE TIME
No. CR-09-0398 SBA

1  of justice served by granting the continuance outweigh the best interests of the public and
2  defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §§
3  3161(h)(7)(A), (h)(6), and (B)(iv),
4      **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
5  September 22, 2009 to November 17, 2009 at 9:00 a.m., and that time between September 22,
6  2009 and November 17, 2009 is excluded under the Speedy Trial Act to allow for the effective
7  preparation of counsel, taking into account the exercise of due diligence, and continuity of
8  defense counsel.
9
10 DATED:9/18/09                      _/s/ Saundra B Armstrong_
11                                           HON. SAUNDRA BROWN ARMSTRONG
                                          United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO CONTINUE HEARING DATE TO NOVEMBER 17, 2009 AND TO EXCLUDE TIME
No. CR-09-0398 SBA