UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-0398 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JANUARY 5, 2010 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| ANGELO ABESAMIS LEYESA, SHANNON MARIE SORRELL, KEVIN MICHAEL TAYLOR, and JARRETT ANTHONY SERMENO | ) ) ) ) ) | Date:   January 5, 2010 Time:   9:00 a.m. Court:  Hon. Saundra Brown Armstrong |
| Defendants. | ) ) | |

The parties jointly requested that the hearing in this matter be continued from November 17, 2009 to January 5, 2010, and that time be excluded under the Speedy Trial Act between November 17, 2009 and January 5, 2010 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. Defense counsel have been reviewing the discovery that has been produced by the government. Defendants need additional time to review the discovery that has been produced and to perform further investigation and legal research in this matter. In addition, the four defendants are joined with a fifth defendant, Daniel Ramsey, who is scheduled to commence trial on January 20, 2010. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(6), and (B)(iv),

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 5, 2010 AND TO EXCLUDE TIME
No. CR-09-0398 SBA

1 **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from November 17, 2009 to **January 12, 2010 at 9:00 a.m.**, and that time between November 17, 2009 and January 12, 2010 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel.

DATED:_11/13/09

*Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO JANUARY 5, 2010 AND TO EXCLUDE TIME
No. CR-09-0398 SBA