UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0398 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA |
| v. | ) ) | AND SENTENCING ON JUNE 10, 2010 AND TO EXCLUDE TIME UNDER THE |
| ANGELO LEYESA, SHANNON SORRELL, KEVIN TAYLOR, and JARRETT SERMENO, | ) ) ) ) | SPEEDY TRIAL ACT |
| Defendant. | ) ) ) ) | |

The government and defendants Angelo Leyesa, Shannon Sorrell, Kevin Taylor, and Jarrett Sermeno jointly requested that the change of plea and sentencing hearings presently set for May 18, 2010 be vacated and that this matter be set for change of plea and sentencing on June 10, 2010 at 9:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between April 20, 2010 and June 10, 2010 to allow time for the Court to consider the proposed plea agreements to be entered into by the defendants and the attorney for the government. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

///

///

///

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-09-0398 SBA

1  **IT IS HEREBY ORDERED** that the above-referenced defendants are set for change of
2  plea and sentencing on June 10, 2010 at 9:00 a.m., and that time between April 20, 2010 and
3  June 10, 2010 is excluded under the Speedy Trial Act, specifically pursuant to 18 U.S.C. §
4  3161(h)(1)(G), for consideration by the Court of the proposed plea agreements to be entered into
5  by the defendants and the attorney for the government.
6  **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare the
7  Presentence Investigation Report.

9  DATED:4/20/10                                     _____
                                                    HON. SAUNDRA BROWN ARMSTRONG
10                                                  United States District Judge

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING & TO EXCLUDE TIME
No. CR-09-0398 SBA