1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant Leyesa
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )   No. CR-09-0398 SBA
                                    )
12 |              Plaintiff,        )   DECLARATION OF NED SMOCK AND
                                    )   [PROPOSED] ORDER TO ALLOW
13 | vs.                            )   ANGELO LEYESA TO GO ON
                                    )   OVERNIGHT FAMILY TRIP
14 | ANGELO LEYESA,                 )
                                    )
15 |              Defendant.        )
   |_____   )
16

17        I, Ned Smock, declare the following:

18  1.   This court previously ordered that Angelo Leyesa be released from custody to

19       reside at his parents' home in Antioch. He has been home, without incident, for

20       more than one year.

21  2.   Mr. Leyesa's family has planned a trip to Murphys, California, which is

22       approximately 2 hours from Antioch in the Eastern District of California. The

23       family plans to leave the morning of Saturday, May 29 and return the night of

24       Sunday, May 30. Mr. Leyesa's mother, step-father, and brother will be going on

25       the trip.

26  3.   I contacted AUSA Joshua Hill about our request that Mr. Leyesa be allowed to go

DECL. AND PROPOSED ORDER                1

1    on the trip, and he indicated that the government does not oppose the request.  I also
2    spoke with Tim Elder from United States Pretrial Services, and he indicated that he
3    does not oppose the request.
4 I declare that the foregoing is true to the best of my information and belief.

6 Dated: May 21, 2010                              /S/
                                                  NED SMOCK
7                                                 Assistant Federal Public Defender

# [PROPOSED] ORDER

Good cause appearing therefore, it is the ORDER of this Court that defendant Angelo Leyesa shall be permitted to leave home to travel on a family trip to Murphys, CA on May 29, 2010 and May 30, 2010.

Dated: May 24, 2010   _____
LAUREL BEELER
United States Magistrate Judge

DECL. AND ~~PROPOSED~~ ORDER             3