UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANGELO LEYESA,<br><br>　　　　Defendant. | Case No: CR 09-0398-02 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 199 |

On June 10, 2010, Defendant pled guilty to Conspiracy to Commit Bank Robbery, in violation of 18 U.S.C. § 371, and Armed Bank Robbery, in violation of 18 U.S.C. §§ 2113(a) and (d), and was sentenced to thirty months of imprisonment.

On November 5, 2010, the Court received a letter from Defendant, asking the Court to correct his projected release date, which he asserts has been incorrectly calculated, and asking the Court to recommend to the Bureau of Prisons that he be allowed to serve his sentence at a lower security level (i.e., "the camp"). Dkt. 199. To expedite this matter, the Court directs the Government to file a response to Defendant's requests. Accordingly,

IT IS HEREBY ORDERED THAT the Government shall file a response to Defendant's requests (Dkt. 199) by no later than January 14, 2011. This matter will thereafter be taken under submission.

IT IS SO ORDERED.

Dated: December 3, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge